# United States Court of Appeals
## For the First Circuit

_____

No. 14-1095
RI DC No. 10-cv-0407

IRENE CAPPALLI, Individually and on behalf of all others similarly situated,
Plaintiff, Appellee,

v.

BJ'S WHJOLESALE CLUB, INC.,
Defendent, Appellee,

_____
THOMAS SARRIS,
Interested Party, Appellant.

_____

**JUDGMENT**
Entered: March 17, 2014
Pursuant to 1st Cir. R. 27.0(d)

On February 7, 2014, this court issued an order directing appellant to either pay the $505.00 filing fee or to file a compliant request for in forma pauperis in the district court. Appellant was notified that failure to take either action by February 21, 2014 would result in this appeal being dismissed for lack of prosecution.

A review of the district court docket sheet does not reflect the filing of a request for in forma pauperis status, nor the payment of the filing fee. The appeal is, therefore, dismissed for lack of prosecution.

By the Court:

/s/ Margaret Carter, Clerk

cc:    Marc R. Stanley
       Peter N. Wasylyk
       Martin Woodward
       Brandon L. Bigelow
       Beth I. Z. Boland
       Carol Elisabeth Head
       Emily E. Renshaw
       Thomas Sarris